# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

JEREMY A. TIGAN
302 351-9106
jtigan@morrisnichols.com

March 15, 2022

The Honorable Maryellen Noreika                         *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

> Re:    *Gilead Sciences, Inc., et al. v. Lupin Limited et al.*; C.A. No. 21-1621 (MN)

Dear Judge Noreika:

Pursuant to the Court's February 8, 2022 Order (D.I. 19), the parties respectfully submit the attached proposed Scheduling Order. The parties have reached agreement on all of the dates and provisions contained in the proposed Order, but note that they have modified the Court's standard language regarding claim construction issue identification in paragraph 10 to include two rounds of exchanges of both intrinsic and extrinsic evidence. The parties have also agreed on adjustments to the schedule for exchanging pretrial order sections and motions *in limine* in paragraph 18.

If the proposed Scheduling Order meets with the Court's approval, the parties respectfully request that it be entered.

Respectfully,

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

JAT/lo
Attachment
cc:    Clerk of Court (via hand delivery)
       All Counsel of Record (via CM/ECF and e-mail)