IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GILEAD SCIENCES, INC., <br> GILEAD SCIENCES IRELAND UC, <br> JANSSEN PRODUCTS, L.P., and <br> JANSSEN SCIENCES IRELAND <br> UNLIMITED COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC., and APOTEX CORP., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 22-1399 (MN) <br> ) C.A. No. 21-1621 (MN) <br> ) (CONSOLIDATED) <br> ) <br> ) <br> ) <br> ) |

**CONSENT JUDGMENT**

Gilead Sciences, Inc., Gilead Sciences Ireland UC, Janssen Products, L.P., and Janssen Sciences Ireland Unlimited Company (hereinafter collectively "Plaintiffs"), and Apotex, Inc. and Apotex Corp. (hereinafter "Defendants"), the parties in the above-captioned action, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this 18th day of February, 2025:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above actions and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Symtuza ANDA" shall mean Abbreviated New Drug Application No. 217728; (ii) the term "Symtuza ANDA Product" shall mean the drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 217728; (iii) the term "Patents-in-Suit" shall mean United States Patent Numbers 10,039,718 ("718 Patent") and 10,786,518 ("518 Patent"); and (iv) the term "Licensed Patent" shall mean the 518 Patent; (v) the term "Affiliate" shall mean any entity or person that, directly or

indirectly through one or more intermediaries, controls, is controlled by, or is under common control with any Defendant; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. By submitting their Symtuza ANDA, Defendants have infringed claims 1, 4–5, 14–15, 17, 19–20, and 22–23 of the 718 Patent.

4. Defendants' making, using, selling, offering for sale, and/or importing in or into the United States the Symtuza ANDA Product prior to the latest expiration date of the 718 Patent (including any extensions and/or additional periods of exclusivity to which Plaintiffs are or will be entitled) would infringe claims 1, 4–5, 14–15, 17, 19–20, and 22–23 of the 718 Patent 35 U.S.C. §§ 271 (a), (b), (c) and/or (g).

5. The claims of the Patents-in-Suit are valid and enforceable solely with respect to the manufacture, use, sale, offer for sale, and/or importation of the Symtuza ANDA Product in the United States.

6. Unless otherwise authorized by Plaintiffs, Defendants, including any of their Affiliates, successors and assigns, are enjoined from infringing the Patents-in-Suit, on their own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Symtuza ANDA Product.

7. Compliance with this Consent Judgment may be enforced by Plaintiffs and their successors in interest, or assigns.

8. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment.

9. Except as provided in Paragraph 8, Plaintiffs and Defendants waive all right to appeal or otherwise move for relief from this Judgment and Order.

10. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed without prejudice and without costs, disbursements or attorneys' fees to any party.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| */s/ Megan E. Dellinger* | */s/ Kenneth L. Dorsney* |
| Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com | Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Apotex Inc. and Apotex Corp.* |
| OF COUNSEL: | OF COUNSEL: |
| Irena Royzman, Ph.D.<br>Christine Willgoos<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>Columbia Square<br>51 West 52nd Street<br>New York, NY  10019-6142<br>(212) 506-5000 | Stephen R. Auten<br>Ian Scott<br>Andrew M. Alul<br>Richard T. Ruzich<br>Roshan P. Shrestha, Ph.D.<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker, Suite 2600<br>Chicago, IL  60601 |
| Daniel Williams<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>(415) 773-5700 | |
| *Attorneys for Plaintiffs Janssen Products, L.P. and Janssen Sciences Ireland Unlimited Company* | |
| Charlotte Jacobsen<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10166-0193<br>(212) 212-351-3961 | |
| *Attorneys for Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC* | |

February 17, 2025

SO ORDERED this <u>18th</u> day of <u>   February   </u>, 2025.

_____
The Honorable Maryellen Noreika
United States District Court Judge