IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GILEAD SCIENCES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APOTEX INC., APOTEX CORP., MSN ) <br> LABORATORIES PRIVATE LTD., MSN ) <br> LIFE SCIENCES PRIVATE LTD., and ) <br> MSN PHARMACEUTICALS INC., ) <br> ) <br> Defendants. ) | C.A. No. 23-774 (MN) <br> C.A. No. 21-1621 (MN) <br> CONSOLIDATED |

## CONSENT JUDGMENT AND ORDER

This action for patent infringement having been brought by Plaintiff Gilead Sciences, Inc. ("Plaintiff") against Defendants Apotex, Inc., Apotex Corp., MSN Laboratories Private Ltd., MSN Life Sciences Private Ltd., and MSN Pharmaceuticals Inc. (collectively, "Defendants") in respect of Abbreviated New Drug Application ("ANDA") No. 218575 for a four-drug combination of elvitegravir (150 mg), cobicistat (150 mg), emtricitabine (200 mg), and tenofovir alafenamide (10 mg) (the "Apotex Genvoya ANDA") for infringement of U.S. Patent No. 10,039,718;

Plaintiff and Defendants (the "Parties") have agreed to terminate the pending litigation by the entry of this Judgment and Order; and

The Parties now consent to this Judgment and Order.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.  This Court has jurisdiction over the Parties and subject matter of this action.

2.  All affirmative defenses, claims, and counterclaims in this action are hereby dismissed without prejudice.

3. Unless otherwise authorized by Plaintiff or by 35 U.S.C. § 271(e)(1), Defendants and its Affiliates are hereby enjoined from making, having made, using, having used, offering for sale, having offered for sale, selling, or having sold in the United States, or importing or having imported into the United States, the product of ANDA No. 218575. For the purposes of this Judgment and Order, "Affiliate" means, with respect to a Person, any other Person controlling, controlled by or under common control with such Person, but only as long as such control continues, where control and its correlates, as used in this definition, means (a) the ownership of at least fifty percent (50%) of the equity or beneficial interest of such other Person, (b) the right to vote for or appoint a majority of the board of directors or other governing body of such other Person, or (c) the power, whether pursuant to contract, ownership of securities, or otherwise, to direct the management and policies of such other Person.

4. The Parties waive all right to appeal from this Judgment and Order.

5. This Court shall retain jurisdiction of this action and over the Parties for purposes of enforcement of the provisions of this Judgment and Order.

6. Each Party is to bear its own costs and attorneys' fees.

7. Nothing herein shall be construed as preventing the U.S. Food & Drug Administration from granting final, effective approval to Apotex's ANDA No. 218575.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS JAMES LLP |
| /s/ *Megan E. Dellinger* | /s/ *Kenneth L. Dorsney* |
| Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com | Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com |
| *Attorneys for Plaintiffs Gilead Sciences, Inc.* | *Attorneys for Defendants Apotex Inc., Apotex Corp., MSN Laboratories Private Ltd., MSN Life Sciences Private Ltd., and MSN Pharmaceuticals Inc.* |
| OF COUNSEL:<br><br>Charlotte Jacobsen<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>(212) 212-351-3961<br><br>February 17, 2025 | OF COUNSEL:<br><br>Stephen R. Auten<br>Ian Scott<br>Andrew M. Alul<br>Richard T. Ruzich<br>Roshan P. Shrestha, Ph.D.<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker, Suite 2600<br>Chicago, IL 60601 |

SO ORDERED this  18th  day of      February      , 2025.

_____
The Honorable Maryellen Noreika
United States District Court Judge