IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GILEAD SCIENCES, INC., <br> GILEAD SCIENCES IRELAND UC, <br> JANSSEN PRODUCTS, L.P., and <br> JANSSEN SCIENCES IRELAND <br> UNLIMITED COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LIMITED, LUPIN <br> PHARMACEUTICALS, INC., MSN <br> LABORATORIES PRIVATE LTD., <br> MSN LIFE SCIENCES PRIVATE LTD., <br> and MSN PHARMACEUTICALS INC., <br><br> Defendants. | C.A. No. 23-508 (MN) <br> C.A. No. 21-1621 (MN) <br> (CONSOLIDATED) |

**CONSENT JUDGMENT**

Gilead Sciences, Inc., Gilead Sciences Ireland UC, Janssen Products, L.P., and Janssen Sciences Ireland Unlimited Company (hereinafter collectively "Plaintiffs"), and Lupin Limited, Lupin Pharmaceuticals, Inc., MSN Laboratories Private Ltd., MSN Life Sciences Private Ltd., and MSN Pharmaceuticals Inc. (hereinafter "Defendants"), the parties in the above-captioned action, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this 18th day of February, 2025:

ORDERED, ADJUDGED AND DECREED as follows:

1. For purposes of this action only, this District Court has jurisdiction over the subject matter of the above actions and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Symtuza ANDA" shall mean Abbreviated New Drug Application No. 216511; (ii) the term "Symtuza ANDA Product"

shall mean the drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 216511; (iii) the term "Patents-in-Suit" shall mean United States Patent Numbers 10,039,718 ("718 Patent") and 10,786,518 ("518 Patent"); and (iv) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with any Defendant; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. The claims of the Patents-in-Suit are valid and enforceable solely with respect to the manufacture, use, sale, offer for sale, and/or importation of the Symtuza ANDA Product in the United States.

4. Unless otherwise authorized by Plaintiffs, Defendants, including any of their Affiliates, successors and assigns, are enjoined from making, using, selling or offering to sell in, or importing into, the United States the Symtuza ANDA Product, on their own part or through any Affiliate, officer, agent, servant, employee or attorney, or through any person in active concert or coordination with Defendants or their Affiliates, until after expiration of the Patents-in-Suit.

5. Compliance with this Consent Judgment may be enforced by Plaintiffs and their successors in interest, or assigns.

6. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment.

7. Except as provided in Paragraph 6, Plaintiffs and Defendants waive all right to appeal or otherwise move for relief from this Judgment and Order.

8. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed without prejudice and without costs, disbursements or attorneys' fees to any party.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
| */s/ Megan E. Dellinger* | */s/ David A. Bilson* |
| Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com | John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>dab@pmhdelaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Lupin Limited, Lupin Pharmaceuticals, Inc., MSN Laboratories Private Ltd., MSN Life Sciences Private Ltd., and MSN Pharmaceuticals Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| Irena Royzman, Ph.D.<br>Christine Willgoos<br>Kaitlyn Rodnick<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>Columbia Square<br>51 West 52nd Street<br>New York, NY 10019-6142<br>(212) 506-5000 | William R. Zimmerman<br>Jonathan E. Bachand<br>Aryeh N. Feinstein<br>Matthew S. Friedrichs<br>Kenneth O. Aruda, Ph.D.<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>1717 Pennsylvania Avenue N.W., Suite 900<br>Washington D.C. 20006<br>(202) 640-6400 |

Clement Seth Roberts
Daniel Williams
ORRICK, HERRINGTON & SUTCLIFFE, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
(415) 773-5700

Alyssa Caridis
ORRICK, HERRINGTON & SUTCLIFFE, LLP
355 South Grand Avenue, Suite 2700
Los Angeles, CA 90071
(213) 629-2020

*Attorneys for Plaintiffs Janssen Products, L.P. and Janssen Sciences Ireland Unlimited Company*

Charlotte C. Jacobsen
Paul E. Torchia
Allyson Parks
Emil N. Nachman
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

Wayne Barsky
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East, Suite 4000
Los Angeles, CA 90067-3026
(310) 552-8500
Darish Huynh
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
(949) 451-3800

David Glandorf
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4022
Denver, CO 80202-2642
(303) 298-5700

*Attorneys for Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC*

Jared C. Bunker
Jeremiah S. Helm, Ph.D.
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404

SO ORDERED this __18th__ day of _____February_____, 2025.

_____
The Honorable Maryellen Noreika
United States District Court Judge